IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr228-CSC |
| | ) | (WO) |
| RENEE N. SHOUP | ) | |

**ORDER**

On December 12, 2006, the defendant filed a motion to continue trial (doc. # 14).  On December 13, 2006, the pleading was stricken because it was filed erroneously in the wrong case.  (Doc. # 15).  On December 13, 2006, the defendant filed an unopposed motion to withdraw document # 14 (doc. # 16).  Upon consideration of the motion to withdraw (doc. # 16), and for good cause, it is

ORDERED that the motion to withdraw (doc. # 16) be and is hereby DENIED as moot.

Done this 21st day of December, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE